# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL FILED
DEC 15 2005

| UNITED STATES OF AMERICA | ) |
|---|---|
| vs. | ) Docket Number: CR 05-00355-1 MHP |
| Charles E. Vaughn | ) |

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for **February 13, 2006** be continued until **March 20, 2006** at **9:00 a.m.**

Date: 12/14/05

Marilyn Hall Patel
United States District Judge

NDC-PSR-009 12/06/04